IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LESLIE WEHMEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURED HEALTH GROUP LLC,<br><br>Defendant. | Case No. 9:23-cv-80733-RLR |

## NOTICE OF SETTLEMENT

Plaintiff Leslie Wehmeyer and Defendant Assured Health Group LLC hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated: December 4, 2023    Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative class*

/s/ David A. Meek

David A. Meek II, Esq.
Florida Bar No. 113393
Primary: dmeek@losey.law
Secondary: docketing@losey.law
Losey PLLC
1420 Edgewater Dr.
Orlando, FL 32804
Telephone: (407) 491-4842
*Counsel for Defendant*