IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LESLIE WEHMEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURED HEALTH GROUP LLC,<br><br>Defendant. | Case No. 9:23-cv-80733-RLR |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Leslie Wehmeyer and Defendant Assured Health Group LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs.

Dated: January 3, 2024        Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff*

/s/ David A. Meek
David A. Meek II, Esq.
Florida Bar No. 113393
Primary: dmeek@losey.law
Secondary: docketing@losey.law

Losey PLLC
1420 Edgewater Dr.
Orlando, FL 32804
Telephone: (407) 491-4842
*Counsel for Defendant*